JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX DELGADILLO,<br><br>        Petitioner,<br><br>   v.<br><br>GEORGE JAIME, Warden<br><br>        Respondent. | Case No. CV 21-1805-SVW(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition and the First Amended Petition is denied and dismissed with prejudice.

DATED: October 27, 2021

                                              STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE